RECEIVED
JAN - 9 2012
U.S. PROBATION OFFICE
NEWARK, NJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 04-cr-11 |
| vs. | ORDER DENYING PETITION FOR VIOLATING SUPERVISED RELEASE |
| GEORGE VIEIRA. | |

**THIS MATTER** having been brought before the Court by U.S. Probation in the form of a Petition alleging that George Vieira violated a Special Condition of his supervised release; and George Vieira having made extensive documentary submissions to the Court; and the U.S. Attorney's Office and U.S. Probation having indicated that no further submissions would be forthcoming from them; and all parties having agreed that the Court can resolve this matter on the papers; and the Court having considered the allegations in the Petition and the submissions of George Vieira; and the Court having found insufficient evidence to conclude that George Vieira willfully violated a Special Condition of his supervised release as alleged in the Petition, and for good cause shown,

IT IS, on this _10_ day of January, 2012, **ORDERED** that Probation's petition for a violation of George Vieira's supervised release is hereby **DENIED**.

**SO STIPULATED, AGREED AND CONSENTED TO:**

DATE: January 6, 2012

| | |
|---|---|
| United States of America<br>United States Attorney's Office<br>For the District of New Jersey | Stone & Magnanini LLP<br>Counsel for George Vieira |
| By: _____<br>John M. Fietkiewicz, Chief Litigation Counsel | By: _____<br>Robert A. Magnanini, Esq. |

United States Probation Office
For the District of New Jersey

By: _____
    Gisella M. Bassolino
    2012.01.09 10:37:53 -05'00'

Gisella Bassolino, United States
Probation Officer

_____
HON. STANLEY R. CHESLER

2